**Motion Denied and Order filed April 5, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-21-00376-CV**
_____

**OLIVIA  REYNER, Appellant**

**V.**

**AKIKO KIMURA, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1165727**

---

## O R D E R

Appellant's brief was originally due **December 16, 2021**. We granted an extension of time to file appellant's brief until March 16, 2022.  When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances.   Appellant has filed a motion to abate the appeal, seeking more time to file a brief. The motion is DENIED.

Unless appellant files a brief with this court on or before **May 5, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.